JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO RIOS, | Case No. 5:21-cv-01885-JWH-KKx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

1 | Pursuant to the Scheduling Notice and Order [ECF No. 84] entered on or about July 3, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims and counterclaims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 22, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE